Gus G. Buse, Appellant, *v.* National Ben Franklin Fire Insurance Company of Pittsburgh, Pennsylvania, Respondent.

Gus G. Buse, Appellant, *v.* North Western National Insurance Company of Milwaukee, Wisconsin, Respondent.

Gus G. Buse, Appellant, *v.* Millers' National Insurance Company of Chicago, Illinois, Respondent.

*Buse* v. *National Ben Franklin F. Ins. Co. of Pittsburgh,* 177 App. Div. 948, affirmed.

*Buse* v. *North Western Nat. Ins. Co. of Milwaukee,* 177 App. Div. 948, affirmed.

*Buse* v. *Millers' Nat. Ins. Co. of Chicago,* 177 App. Div. 948, affirmed.

(Argued March 7, 1919; decided April 8, 1919.)

Appeal, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 21, 1917, affirming a judgment in favor of plaintiff for a part only of the relief demanded in the complaint entered upon a decision of the court at a Trial Term without a jury. Each action was to recover upon a blanket policy of fire insurance covering six parcels of property. A fire occurred by which four of the parcels were damaged. Plaintiff also held another policy of insurance partially covering four of the parcels. The question at issue was as to the apportionment of the loss and as to the amount for which each company was liable.

*Frank Gibbons* for appellant.

*Vernon Cole* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Collin, Cuddeback, Cardozo, Pound, Crane and Andrews, JJ.